(June 27, 1945.)

CHARLES L. FELTMAN et al., Respondents-Appellants, v. JOHN G. WARD et al., as Trustees under the Will of WILLIAM J. WARD, Deceased, et al., Appellants-Respondents, and CITY OF NEW YORK, Respondent.— Motion for stay denied, without costs. Motion for leave to appeal to the Court of Appeals with respect to the first cause of action granted on the ground that there may be some doubt as to whether plaintiffs can appeal as of right from the affirmance of the judgment insofar as it dismisses said cause of action. Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ. [See *ante,* pp. 786, 843.]

In the Matter of the Application of ANGUS A. DAVIDSON for Admission to Practice as an Attorney. (From the States of Oklahoma and Kansas.) — Application granted. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

In the Matter of the Application of ALBERT DUDLEY EARLY for Admission to Practice as an Attorney. (From the State of Illinois.) — Application granted. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

In the Matter of the Application of HAROLD W. FELTON for Admission to Practice as an Attorney. (From the State of Nebraska.) — Application granted. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

In the Matter of the Application of PAUL J. FLEMING for Admission to Practice as an Attorney. (From the State of Ohio.) — Application granted. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

In the Matter of the Application of DAVID G. GEFFNER for Admission to Practice as an Attorney. (From the State of Rhode Island.) — Application granted. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

In the Matter of the Application of SAM PAUL GREENBERG for Admission to Practice as an Attorney. (From the State of Florida.) — Application granted. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

In the Matter of the Application of ISADORE ILLMAN for Admission to Practice as an Attorney. (From the State of Massachusetts.) — Application granted. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

In the Matter of the Application of ARTHUR M. KLURFELD for Admission to Practice as an Attorney. (From the State of Connecticut.) — Application granted. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

In the Matter of the Application of HOMER KRIPKE for Admission to Practice as an Attorney. (From the States of Ohio and Illinois.) — Application granted. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

In the Matter of the Application of EBER THOMSOM LE GATES for Admission to Practice as an Attorney. (From the District of Columbia and the State of Massachusetts.) — Application granted. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

In the Matter of the Application of JOHN L. MOWRY for Admission to Practice as an Attorney. (From the State of Iowa.) — Application granted. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.